# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Vernon P. Branville, a/k/a Vernon P. Branville, Jr., | Civil No. 11-3133 (RHK-FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Midland Credit Management, Inc., a foreign corporation, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 4), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 15, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge